# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD,         )<br>                           )<br>    Plaintiff,           )<br>                           )       CIVIL ACTION NO.<br>    v.                     )       2:05cv1046-MHT<br>                           )<br>ELI LILLY AND COMPANY and  )<br>YOLANDA BROWN, Sales       )<br>Representative,            )<br>                           )<br>    Defendants.            )  | |

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 12) is denied.

DONE, this the 24th day of March, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE