# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SANQUIRNETTA McCRAY-MARTIN,  )
                             )
    Plaintiff,                )
                             )
    v.                        )    CIVIL ACTION NO.
                             )    2:05cv1048-MHT
                             )
ELI LILLY AND COMPANY and    )
YOLANDA BROWN, Sales         )
Representative,              )
                             )
    Defendants.               )

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 14) is denied.

DONE, this the 24th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE