# EXHIBIT T

```
                                            FILED
                                         IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT        U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
----------------------------------X    ★  JAN 1 1 2005  ★

                                         BROOKLYN OFFICE
IN RE- ZYPREXA LITIGATION                          ORDER
                                              04 MD 1596 (JBW)

----------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                              s/Jack B. Weinstein
                                              JACK B. WEINSTEIN
                                    SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

