**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:
Gantt v. Eli Lilly and Company et al
Case Number:   2:06-cv-00468-VPM

Referenced Pleading: MEMORANDUM in Support  - Doc.  5 - Exh G-T

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.