# EXHIBIT T

```
                                          FILED
                                     IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT    U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
------------------------------------------X  ★ JAN 1 1 2005 ★

                                       BROOKLYN OFFICE
IN RE- ZYPREXA LITIGATION
                                              ORDER
                                          04 MD 1596 (JBW)

------------------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                                 s/Jack B. Weinstein
                                                                   JACK B. WEINSTEIN
                                      SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05