IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESLIE GANTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:06cv468-WHA |
| | ) |
| ELI LILLY AND COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Stay (Doc. #4), filed on May 23, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before June 13, 2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 30th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE