IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MATTIE GRANT, )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ELI LILLY AND COMPANY, and )<br>YOLANDA McCAIN, )<br>)<br>　Defendants. ) | CIVIL ACTION NO.<br>2:06cv464-MHT<br>　(WO) |

ORDER

It is ORDERED that the motion for stay (doc. no. 5) is granted and this cause is stayed pending MDL transfer. See, e.g., McCray-Martin v. Eli Lilly and Company, civil action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (order staying case, including remand motion, pending MDL transfer); Muhammad v. Eli Lilly and Company, civil action no. 2:05cv1046-T (M.D. Ala. Nov. 22, 2005) (same).

DONE, this the 27th day of July, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE